UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FILED

'05 SEP 30 P2:55

SOFRON B. NEDILSKY
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL L. DROPIK,

    Defendant.

Case No.
[T. 18 U.S.C. § 247(c) & (d)(3)]

**05 CR 247**

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about April 16, 2005, at Milwaukee, in the State and Eastern District of Wisconsin, the defendant,

**DANIEL L. DROPIK,**

did intentionally deface, damage and destroy and attempt to deface, damage and destroy religious real property because of the race, color, and ethnic characteristics of any individual associated with that religious property; that is, the defendant defaced and damaged by fire, and attempted to deface and damage by fire, the Greater Love Missionary Baptist Church in Milwaukee, Wisconsin.

All in violation of Title 18, United States Code, Section 247(c) and (d)(3).

_[signature]_
STEVEN M. BISKUPIC
United States Attorney
September 30, 2005
Date