PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Wisconsin



FILED
U.S. DISTRICT COURT EAST DIST WISC.

JAN 10 2006

AT_____M
SOFRON B. NEDILSKY

**U.S.A. vs. Daniel Dropik**                                    **Docket No. 05-CR-247**
     **5252 N. Golden Lake Road**
     **Oconomowoc, WI   53066**

### Petition for Action on Conditions of Pretrial Release

COMES NOW  **Lisa M. Cyrak**   , PRETRIAL SERVICES OFFICER, presenting an
official report upon the conduct of defendant  **Daniel Dropik**   , who was placed under pretrial
release supervision by the Honorable **Chief Judge Rudolph T. Randa**   sitting in the Court
at **Milwaukee** , on the **10th**   day of   **November**  , **2005**  under the following conditions:

1.    Report to Pretrial Services as directed.
2.    Remain in the Eastern District of Wisconsin and Jefferson County
3.    Reside with his mother and stepfather at 5252 N. Golden Lake Road in Oconomowoc
4.    Continue his mental health treatment
5.    Submit to random urinalysis testing and treatment, if needed

     Respectfully presenting petition for action of Court and for cause as follows:

1.    Mr. Dropik failed to attend two mental health counseling appointments on 12/20/05 and
     1/9/06.
2.    Mr. Dropik failed to provide a urinalysis specimen on 1/9/06 at Attic Correctional
     Services.

**PRAYING THAT THE COURT WILL ORDER a summons to return the defendant back
to Court to show cause why his bond should not be revoked.**

ORDER OF COURT

Considered and ordered this ____**10**____ day
of January, 2006 and ordered filed
and made a part of the records in the above
case.

_____
Rudolph T. Randa
Chief U. S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct.

_____
U. S. Pretrial Services Officer

Place: Milwaukee, WI